IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TRACY TIWANNA JOHNSON,**

   *Plaintiff*,

v.                                          Case No.: 4:21cv210-MW/MJF

**CHRISTOPHER CAVE, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted." The Clerk shall close the file.

**SO ORDERED** on September 23, 2021.

                                              s/Mark E. Walker            
                                              **Chief United States District Judge**